UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
G & G Closed Circuit Events, LLC,                         DEFAULT JUDGMENT (proposed)

                Plaintiff,
    - against -                                         Case No.: 7:21-cv-05779-CS

Carlos A Vargas Loza, individually and d/b/a La
Casona Mexican Fusion Cuisine; and La Casona LLC,
an unknown business entity d/b/a La Casona
Mexican Fusion Cuisine
                Defendant(s).
------------------------------------------------------------------X

This action having been commenced on July 6, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Carlos A Vargas Loza 08/17/21 by affixing the aforementioned documents to the door of Carlos A Vargas Loza, individually and d/b/a La Casona Mexican Fusion Cuisine's said residence. Deponent made prior efforts to effect personal service upon Carlos A Vargas Loza, individually and d/b/a La Casona Mexican Fusion Cuisine at the aforementioned address to wit: 07/27/2021 at 7:57 AM; 08/07/2021 at 7:47 AM; 08/10/2021 at 4:22 PM; 08/17/2021 at 6:02 PM. Proof of service was therefore filed on August 25, 2021, Doc. # 8. and upon defendant, El Encuentro Restaurant, Inc. by service upon Sue Zouky, Business Document Specialist, New York State Secretary Of State and proof of service was therefore filed on July 28, 2021, Doc. #7, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ __16,800__ with interest at post-judgment ____% from __3/3/22__ amounting to $ __0__ plus costs and disbursements of this action in the amount of $ __1,337.12__ amounting in all to $ __e__

Dated: White Plains, New York
__3/3/22__

_____Cathy Seibel_____
Hon. Cathy Seibel, U.S.D.J.
This document was entered on the docket
on _____.